RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 1 0 2024

DANIEL J. McCOY, CLERK
BY:_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KAYLA D LOYD** | **CASE NO. 3:22-CV-05809** |
| **VERSUS** | **JUDGE EDWARDS** |
| **CITY OF RUSTON ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JURY VERDICT FORM**

Has Plaintiff Kayla Loyd proven by a preponderance of the evidence that:

1. Defendant's decision not to transfer her to the Criminal Investigation Division was an adverse employment action?

   YES _____    NO ✓_____

If you answered "YES" to question 1, proceed to question 2. If you answered "NO" to question 1, you are done.

2. Plaintiff Kayla Loyd would have been transferred to the Criminal Investigation Division if she were not female?

   YES _____    NO _____

If you answered "YES" to question 2, proceed to question 4. If you answered "NO" to question 2, go to question 3.

3. Plaintiff Kayla Loyd's sex was a motivating factor in Defendant's decision not to transfer her to Criminal Investigation Division?

   YES _____    NO _____

If you answered "YES" to question 3, proceed to question 4. If you answered "NO" to question 3, you are done.

4. What amount of damages, if any, do you find will fairly and adequately compensate Plaintiff for the losses she sustained as a result of sex discrimination?

    DAMAGES                                    $_____

                                                                   _____
                                                                       Jury Foreperson
                                                                            Date